UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION EXPOSITION SERVICES LLC,<br>    Plaintiff,<br><br>        v.<br><br>NEXXT SHOW, LLC,<br>    Defendant. | Civil Action No. _____ |

## **DECLARATION OF JOHN McCLELLAN**

I, JOHN McCLELLAN, hereby depose and state:

1. I am a resident of the Commonwealth of Massachusetts, over twenty-one (21) years of age, and give this declaration of my own free will. I submit this declaration based on personal knowledge or belief.

2. I am an employee of Champion Exposition Services LLC ("Champion"). As a result of my job at Champion, I am required to remotely access the Company's computer system using Citrix. In order to access the Champion computer system remotely through Citrix, I am required to use a user name and password. Approximately every 90 days I am required to change my password.

3. I have never intentionally given out my Champion password to anyone. I have never authorized anyone to access the Champion system using my password.

4. I am certain that I did not access Champion's computer system through Citrix the week of December 13, 2010 and I am certain I did not access Champion's computer system through Citrix on December 16, 2010.

5. I am certain that I never accessed Champion's computer system through Citrix from a computer owned or operated by Nexxt Show LLC.

I declare, under penalty of perjury, that the foregoing is true and correct.

                                            /s/ John McClellan
                                            John McClellan

December 23, 2010