UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION EXPOSITION SERVICES, LLC; WCP EXPOSITION SERVICES OPERATING COMPANY, LLC; and WCP EXPOSITION SERVICES HOLDING COMPANY, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>NEXXT SHOW, LLC; MARK EPSTEIN; MATTHEW EPSTEIN; JOHN SZYMCZAK; SUSAN DOS REIS; SHERI RYDER; ANITA BOTA; MICHAEL HALL; VICKY BASSETT; and NICOLE PREFONTAINE,<br><br>      Defendants. | Civil Action No. 10-CV-12228-WGY |

## **PLAINTIFFS' MOTION FOR CONTEMPT AGAINST NEXXT SHOW, LLC**

Above-captioned plaintiffs ("Plaintiffs") hereby move this Court for an order ruling that defendant Nexxt Show, LLC ("Nexxt") is in contempt of the following orders of this Court:

- Stipulated Order, dated December 29, 2010 and entered December 30, 2010 (the "Stipulated Order") (Docket Nos. 9 and 11), a true copy of which is attached attached hereto as Exhibit 1; and

- Emergency Temporary Restraining Order, dated February 16, 2011 ("Emergency TRO") (see Electronic Order, dated February 16, 2011). A true copy of the handwritten version of the Emergency TRO is attached hereto as Exhibit 2.

Incontrovertible evidence demonstrates that Nexxt and its principals, employees, agents, as well as those working in conjunction with or on behalf of Nexxt (the "Nexxt Affiliates") have shown scarce regard for their statutory, contractual, and common law obligations. Not surprisingly, they have shown no more regard for the clear orders of this Court.

In order to stave off further violations of those orders by the Nexxt Affiliates, and in order to make whole Plaintiffs, for whose benefit the above orders were entered, Plaintiffs respectfully request that the Court:

- hold Nexxt in contempt of the above-listed orders;

- sanction Nexxt by requiring it to (a) arrange and pay for a further copy to be made of all of its electronic media immediately, and (b) provide Plaintiffs' computer-forensic experts with the forensic copies to allow for review and analysis pursuant to the Stipulated Order, in order to determine whether and in what respects the Nexxt Affiliates have been violating the Court's orders in ways not yet discovered by Plaintiffs, such as by deleting other files or using Champion documents that remain on Nexxt Affiliates' networks and computers;

- sanction Nexxt by requiring it immediately to (a) produce to Plaintiffs all documents constituting or relating to communications between any Nexxt Affiliate and Yankee Dental since the entry of the Emergency TRO, and (2) describe in detail all communications not evidenced by such documents;

- sanction Nexxt by requiring that it pay for Plaintiffs' counsel's reasonable attorneys' fees and costs associated with bringing this motion; and

- order such additional relief as the Court deems just under these extraordinary circumstances.

Respectfully submitted,

Champion Exposition Services, LLC;
WCP Exposition Services Operating Company, LLC; WCP Exposition Services Holding Company, LLC,
By its attorneys,

/s/ Brian M. Childs
Stephen T. Paterniti, BBO No. 564860
paternis@jacksonlewis.com
Erik J. Winton, BBO No. 600743
wintone@jacksonlewis.com
Brian M. Childs, BBO No. 662594
brian.childs@jacksonlewis.com
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
Dated:  March 4, 2011                    (617) 367-0025

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on this 4th day of March, 2011, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ Brian M. Childs
                                                Jackson Lewis LLP

4816-8487-1432, v.  1