UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION EXPOSITION SERVICES LLC; WCP EXPOSITION SERVICES OPERATING COMPANY LLC; and WCP EXPOSITION SERVICES HOLDING COMPANY LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>NEXXT SHOW, LLC; MARK EPSTEIN; MATTHEW EPSTEIN; JOHN SZYMCZAK; SUSAN DOS REIS; SHERI RYDER; ANITA BOTA; MICHAEL HALL; VICKY BASSETT; and NICOLE PREFONTAINE,<br><br>  Defendants. | Civil Action No. 10-CV-12228-WGY |

**SUPPLEMENTAL MOTION FOR CONTEMPT AGAINST
DEFENDANTS NEXXT SHOW, LLC, JOHN SZYMCZAK AND MATTHEW EPSTEIN**

Above-captioned plaintiffs ("Plaintiffs") move this Court for an order ruling that defendants Nexxt Show, LLC ("Nexxt"), John Szymczak, and Matthew Epstein are in further contempt of the following orders of this Court:

- stipulated order, dated December 29, 2010 and entered December 30, 2010 (the "Stipulated Order") ;

- emergency temporary restraining order, dated February 17, 2011; and

- order of this Court as set forth at the hearing on Plaintiffs' motion for preliminary injunction, dated February 25, 2011.

The grounds for Plaintiffs' Supplemental Motion are that Nexxt and its principals (including Szymczak and Matt Epstein), employees, agents, as well as those working in

conjunction with or on behalf of Nexxt (the "Nexxt Affiliates") have repeatedly violated this Court's orders and ignored this Court's clear directives. These grounds are set forth more fullY in Plaintiffs' memorandum of law filed in support of this motion.

In order to prevent future violations of these and other Court orders by the Nexxt Affiliates, in order to punish the Nexxt Affiliates for their blatant violations of and disrespect for this Court's orders and directives and for their obligations otherwise as litigants in this Court, and in order to make whole Plaintiffs, for whose benefit the above orders were entered, Plaintiffs respectfully request that the Court:

- enter an order ruling that Nexxt, Szymczak and Epstein are in contempt of the above-cited orders of this Court;

- sanction Nexxt, Szymczak and Epstein by requiring them to pay for Plaintiffs' counsel's reasonable attorneys' fees and costs associated with bringing this and the prior motion for sanctions, as well as the cost of Plaintiffs' computer-forensic experts ("StoneTurn") associated with the two motions for sanctions;

- sanction Nexxt by prohibiting it from conducting further business with the National Apartment Association ("NAA") pending the approaching (May 2, 2011) trial of this matter;

- enter an order (1) requiring Nexxt, Szymczak and Epstein to pay for Plaintiffs' reasonable continuing efforts to review and analyze the thousands of documents that defendants have deleted, unless or until defendants agree to provide their own exhaustive accounting of such documents (supported by appropriate affidavits of compliance), and (2) expressly leaving open the possibility of adverse-evidentiary-rulings in connection with Defendants' use and deletion of Champion information;

- order all Defendants to immediately purge all electronic devices in their possession of all Champion information; and

- order such additional relief as the Court deems just under these extraordinary circumstances.

Plaintiffs' have filed a memorandum of law, Declarations of Erik J. Winton, Jeffrey Hamon and Sean Tuttle, in support of this motion.

### Rule 7.1 Certification

Plaintiffs' certify that they have complied with Local Rule 7.1 prior to filing this motion.

Plaintiffs request a hearing in connection with this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Champion Exposition Services, LLC; WCP Exposition Services Operating Company, LLC; WCP Exposition Services Holding Company, LLC, By its attorneys, |
|  | /s/ Brian M. Childs<br>Stephen T. Paterniti, BBO No. 564860<br>paternis@jacksonlewis.com<br>Erik J. Winton, BBO No. 600743<br>wintone@jacksonlewis.com<br>Brian M. Childs, BBO No. 662594<br>brian.childs@jacksonlewis.com<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116 |
| Dated:  April 8, 2011 | (617) 367-0025 |

### CERTIFICATE OF SERVICE

This hereby certifies that on this 8th day of April, 2011, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

 /s/ Brian M. Childs
Jackson Lewis LLP

4813-3493-6585, v.  1