UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION EXPOSITION SERVICES LLC; WCP EXPOSITION SERVICES OPERATING COMPANY LLC; and WCP EXPOSITION SERVICES HOLDING COMPANY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEXXT SHOW, LLC; MARK EPSTEIN; MATTHEW EPSTEIN; JOHN SZYMCZAK; SUSAN DOS REIS; SHERI RYDER; ANITA BOTA; MICHAEL HALL; VICKY BASSETT; and NICOLE PREFONTAINE, <br><br> Defendants. | Civil Action No. 10-CV-12228-WGY |

## DECLARATION OF JEFF HAMON IN SUPPORT OF
## PLAINTIFFS' SUPPLEMENTAL MOTION FOR SANCTIONS

I, Jeff Hamon, do depose and state as follows:

1.      I am over 18 years of age and a resident of Massachusetts.

2.      I am a Senior Vice President ("SVP"), Business Development and Strategic

Planning for Wheelhouse Solutions, which is an assumed name for plaintiff WCP Exposition

Services Holding Company LLC, which wholly owns plaintiff Champion Exposition Services

LLC ("Champion").  In my capacity as SVP, I manage strategic initiatives and a three-year plan

for the company to create new revenue streams, streamline business activities, and review market

opportunities for future expansion and growth.  Before serving in my current position, I was

Chief Financial Officer ("CFO") for Wheelhouse, and before that, I was CFO for Champion.

3.      The document titled "08 Labor Rate.xls" contains the labor rates that Champion

charged exhibitors, as well as the rates that Champion itself was charged by the unions providing

labor (and the delta between those figures), at hundreds of trade shows around the United States and in Canada. The creation and maintenance of "08 Labor Rate.xls" was a main focus of Champion's revenue manager, who was and is a senior-level employee of Champion and who devoted a substantial amount of time to the document.

4.      The document titled "Audiology pricing from 2007.xls" contains detailed revenue and weight figures for Champion's shows for American Academy of Audiology from the years 2009 and 2010. Champion restricts access to this information, which is not publicly available.

Signed under the pains and penalties of perjury this 8th day of April, 2011.

Jeff Hamon

4837-9214-0809, v. 1

2

## CERTIFICATE OF SERVICE

This hereby certifies that on this 8th day of April, 2011, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Brian M. Childs
Jackson Lewis LLP