# Exhibit 4

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | Ellsworth, Jim | Beard, Sharon | 2008 ALL CANDY EXPO® | May-08 | McCormick Place West | Chicago | IL | $66.25 | $65.22 | $1.03 | $109.00 | $131.50 |
| Champion | Johnson, Mark | Pitts, Dan | Photonics West 2008 | Jan-08 | San Jose McEnery C. C. | San Jose | CA | $64.38 | $60.32 | $4.06 | $109.18 | none |
| Champion | Johnson, Mark | Pitts, Dan | BIOMEDICAL OPTICS 2008 WEE | Jan-08 | San Jose McEnery C. C. | San Jose | CA | $64.38 | $60.32 | $4.06 | $109.18 | none |
| Champion | Johnson, Mark | Pitts, Dan | SPIE's Advanced Lithography 200 | Feb-08 | San Jose McEnery C. C. | San Jose | CA | $64.38 | $60.32 | $4.06 | $109.18 | none |
| Champion | Manoogian, Brian | Baglin, Jason | 24th Annual National VPPPA Con | Aug-08 | Anaheim C. C. | Anaheim | CA | $61.00 | $55.21 | $5.79 | $99.00 | $122.00 |
| Champion | Johnson, Mark | Pitts, Dan | SPIE Biomedical Optics Weekend | Jan-09 | San Jose McEnery C. C. | San Jose | CA | $66.31 | $60.32 | $5.99 | $112.46 | none |
| Champion | Johnson, Mark | Pitts, Dan | SPIE Photonics West 2009 | Jan-09 | San Jose McEnery C. C. | San Jose | CA | $66.31 | $60.32 | $5.99 | $112.46 | none |
| Champion | Bradley, Matt | McCormack, Greg | The Financial Advisor Symposium | Oct-08 | Sheraton Chicago Hotel & Towers | Chicago | IL | $71.25 | $65.22 | $6.03 | $112.75 | $142.25 |
| Champion | Ellsworth, Jim | Louie, Velma | TelcoTV Conference & Expo 2008 | Nov-08 | Anaheim C. C. | Anaheim | CA | $61.75 | $55.21 | $6.54 | $97.00 | $120.50 |
| Champion | Magnani, Cindy | Magnani, Cindy | VizThink Conference '08 | Jan-08 | The Westin San Francisco Market S | San Francisco | CA | $69.00 | $60.32 | $8.68 | $110.00 | $138.00 |
| Champion | Ellsworth, Jim | McDowell, Patti | Strictly Sail Pacific | Apr-08 | Strictly Sail Pacific, Jack London Sq | Oakland | CA | $69.00 | $60.32 | $8.68 | $103.50 | none |
| Champion | Miessau, Deborah | Miessau, Deborah | DesignCon 2008 | Feb-08 | Santa Clara C. C. | Santa Clara | CA | $70.00 | $60.32 | $9.68 | $119.00 | none |
| Champion | Derby, Nate | Louie, Velma | CAMB Annual Meeting & Grand E | Aug-08 | Sacramento C. C. | Sacramento | CA | $70.00 | $60.32 | $9.68 | $127.00 | none |
| Champion | Lepere, Tina | Lepere, Tina | NCCA Annual Leadership | Mar-08 | Long Beach Convention & Entertain | Long Beach | CA | $65.00 | $55.21 | $9.79 | $99.00 | $130.00 |
| Champion | Johnson, Mark | Simard, Claudine | Green West | May-08 | Los Angeles C. C. | Los Angeles | CA | $65.00 | $55.21 | $9.79 | $99.00 | none |
| Champion | McCormack, Greg | McCormack, Greg | International Ticketing Association | Feb-08 | Sheraton Chicago Hotel & Towers | Chicago | IL | $75.75 | $65.22 | $10.53 | $121.20 | none |
| Champion | Ellsworth, Jim | Thronton, Pam | 2008 Marine Aftermarket Accesso | Jul-08 | Las Vegas C. C. | Las Vegas | NV | $54.00 | $42.80 | $11.20 | $98.00 | none |
| Champion | Mason, Pam | Mason, Pam | 2008 IAADFS Duty Free Show of | Apr-08 | Greater Fort Lauderdale / Broward | Ft. Lauderdale | FL | $44.25 | $32.98 | $11.27 | $66.00 | none |
| Champion | Ellsworth, Jim | Martin, Meredith | 13th Annual Strictly Sail Chicago | Feb-08 | Festival Hall at Navy Pier | Chicago | IL | $77.00 | $65.22 | $11.78 | $129.00 | $155.00 |
| Champion | Brown, Ron | | LabAutomation 2008 | Jan-08 | Palm Springs C. C. | Palm Springs | CA | $67.00 | $55.21 | $11.79 | $99.00 | $112.00 |
| Champion | Neely, Todd | Neely, Todd | American Craft Retailers Expo 20 | Apr-08 | Las Vegas C. C. | Las Vegas | NV | $54.75 | $42.80 | $11.95 | $101.00 | none |
| Champion | | Watkins, Stacey | ShowCase 2008 "Yes We Can" F | Feb-08 | Paris Las Vegas | Las Vegas | NV | $55.00 | $42.80 | $12.20 | $103.00 | none |
| Champion | Neely, Todd | Watkins, Stacey | ASAP Global Sourcing Show | Feb-08 | The Venetian Resort, Hotel & Casin | Las Vegas | NV | $55.25 | $42.80 | $12.45 | $108.25 | none |
| Champion | Johnson, Mark | Pitts, Dan | Smart Structures and Materials / | Mar-08 | Town and Country Resort & C. C. | San Diego | CA | $64.38 | $51.66 | $12.72 | $109.18 | none |
| Champion | Johnson, Mark | Pitts, Dan | Optics+Photonics 2008 | Aug-08 | San Diego C. C. | San Diego | CA | $64.38 | $51.66 | $12.72 | $109.18 | none |
| Champion | Nettleton, Ryan | Billotti, Diane | Digital Signage Expo East | Sep-08 | Pennsylvania C. C. | Philadelphia | PA | $85.00 | $72.00 | $13.00 | $128.00 | $150.00 |
| Champion | Keller, Chuck | Keller, Chuck | ICAST 2008 | Jul-08 | Las Vegas C. C. | Las Vegas | NV | $56.00 | $42.80 | $13.20 | $84.00 | none |
| Champion | Williams, Elizabeth | Becker, Patty | SOMOS 2008 | Dec-08 | Red Rock Casino, Resort & Spa | Las Vegas | NV | $56.00 | $42.80 | $13.20 | $103.00 | none |
| Champion | Louie, Velma | Louie, Velma | EclipseCon 2008 | Mar-08 | Santa Clara C. C. | Santa Clara | CA | $74.00 | $60.32 | $13.68 | $120.00 | none |
| Champion | Szymczak, John | Tilch, Christina | Electronic Data Management | Feb-08 | Philadelphia Marriott Downtown | Philadelphia | PA | $85.85 | $72.00 | $13.85 | $128.30 | $151.50 |
| Champion | Nettleton, Ryan | Billotti, Diane | Digital Signage Expo | Feb-08 | Las Vegas C. C. | Las Vegas | NV | $57.00 | $42.80 | $14.20 | $99.00 | none |
| Champion | Derby, Nate | Perchinske, Jane | American Culinary Federation | Jul-08 | MGM Grand Garden Arena | Las Vegas | NV | $57.00 | $42.80 | $14.20 | $92.00 | $112.00 |
| Champion | McCormack, Greg | McCormack, Greg | SHARE Technology Exchange Ex | Aug-08 | San Jose McEnery C. C. | San Jose | CA | $75.00 | $60.32 | $14.68 | $104.00 | none |
| Champion | Derby, Nate | Sottile, Liz | CDNLive! Silicon Valley 2008 | Sep-08 | San Jose McEnery C. C. | San Jose | CA | $75.00 | $60.32 | $14.68 | $135.00 | none |
| Champion | Epstein, Mark | Thronton, Pam | Northwest Council for Computer E | Feb-08 | Washington State Convention & Tra | Seattle | WA | $58.00 | $43.29 | $14.71 | $89.00 | none |
| Champion | Brown, Ron | Genochio, D | HD EXPO - Chicago 2008 | Jun-08 | Navy Pier | Chicago | IL | $80.00 | $65.22 | $14.78 | $138.00 | $160.00 |
| Champion | Derby, Nate | Louie, Velma | CAMB Sales & Marketing Confere | Feb-08 | Disneyland Resort | Anaheim | CA | $70.00 | $55.21 | $14.79 | $127.00 | none |

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | Ellsworth, Jim | Beard, Sharon | NBTA International Convention & | Jul-08 | Los Angeles C. C. | Los Angeles | CA | $70.00 | $55.21 | $14.79 | $99.00 | $128.00 |
| Champion | Bradley, Matt | Bradley, Matt | The Money Show - San Francisco | Aug-08 | San Francisco Marriott | San Francisco | CA | $75.25 | $60.32 | $14.93 | $119.50 | $147.30 |
| Champion | Neely, Todd | Lepere, Tina | Winnebago 2008 Dealer Days | May-08 | Mirage Las Vegas | Las Vegas | NV | $57.85 | $42.80 | $15.05 | $112.65 | none |
| Champion | Lynch, Kelly | Lynch, Kelly | FSI 2008 Broker-Dealer Conferen | Jan-08 | Omni Orlando Resort at Champions | ChampionsGa | FL | $43.00 | $27.82 | $15.18 | $69.50 | none |
| Champion | Flynn, Ken | Flynn, Ken | RFID Journal LIVE! 2008 | Apr-08 | The Venetian Resort, Hotel & Casin | Las Vegas | NV | $58.00 | $42.80 | $15.20 | $99.00 | none |
| Champion | Na, Casey | Hayes, Diana | Informatica World 2008 | Jun-08 | Las Vegas Hilton | Las Vegas | NV | $58.00 | $42.80 | $15.20 | $98.00 | none |
| Champion | Williams, Elizabeth | Williams, Elizabeth | Employers of Excellence 7th Annu | Jan-09 | Green Valley Ranch Resort, Spa & | Henderson | NV | $58.00 | $42.80 | $15.20 | $98.00 | none |
| Champion | Ellsworth, Jim | Miessau, Deborah | WEB 2.0 EXPO | Apr-08 | Moscone West C. C. | San Francisco | CA | $76.25 | $60.32 | $15.93 | $143.25 | $152.50 |
| Champion | Ellsworth, Jim | Simard, Claudine | VoiceCon San Francisco 2008 | Nov-08 | The Moscone Center | San Francisco | CA | $76.25 | $60.32 | $15.93 | $143.25 | none |
| Champion | Johnson, Mark | Miller, Joe | 2008 ASLA Annual Meeting & EX | Oct-08 | Pennsylvania C. C. | Philadelphia | PA | $88.00 | $72.00 | $16.00 | $132.00 | $168.00 |
| Champion | Johnson, Mark | Hayes, Diana | ASF 2008 | Feb-08 | The Venetian Resort, Hotel & Casin | Las Vegas | NV | $59.00 | $42.80 | $16.20 | $99.00 | none |
| Champion | Ryan, Eddie | Sottile, Liz | The United Group Conference | Mar-08 | Wynn Las Vegas | Las Vegas | NV | $59.00 | $42.80 | $16.20 | $98.00 | none |
| Champion | Szymczak, Mark | Martin, Meredith | Payments 2008 | May-08 | MGM Grand Las Vegas | Las Vegas | NV | $59.00 | $42.80 | $16.20 | $99.00 | none |
| Champion | Ellsworth, Jim | Lepere, Tina | Shop.org Annual Summit 2008 | Sep-08 | Mandalay Bay C. C. | Las Vegas | NV | $59.00 | $42.80 | $16.20 | $95.00 | none |
| Champion | Beard, Sharon | Beard, Sharon | Society of Vacuum Coaters | Apr-08 | Hyatt Regency Chicago | Chicago | IL | $82.00 | $65.22 | $16.78 | $112.00 | $145.00 |
| Champion | Brown, Ron | | Faster Freight Cleaner Air | Feb-08 | Los Angeles C. C. | Los Angeles | CA | $72.00 | $55.21 | $16.79 | $108.00 | $139.00 |
| Champion | Rials, Aimee | Rials, Aimee | American Academy of Orofacial P | Apr-08 | Hyatt Regency Century Plaza | Los Angeles | CA | $72.00 | $55.21 | $16.79 | $120.00 | none |
| Champion | Rials, Aimee | Baglin, Jason | Apartment Owners Association of | May-08 | Long Beach Convention & Entertair | Long Beach | CA | $72.00 | $55.21 | $16.79 | $120.00 | none |
| Champion | Rials, Aimee | Rials, Aimee | 22nd Annual Vanguard Security C | Jun-08 | Hilton Los Angeles Airport | Los Angeles | CA | $72.00 | $55.21 | $16.79 | $120.00 | none |
| Champion | Beard, Sharon | Beard, Sharon | WAEA 29th Annual Conference & | Sep-08 | Long Beach Convention & Entertair | Long Beach | CA | $72.00 | $55.21 | $16.79 | $105.00 | $144.00 |
| Champion | Ryan, Eddie | Watkins, Stacey | WaterSmart Innovations Conferer | Oct-08 | South Point Hotel, Casino & Spa | Las Vegas | NV | $59.60 | $42.80 | $16.80 | $99.00 | none |
| Champion | Hynes, Jane | Rowles, Laura | MACS Worldwide 2008 Conventic | Feb-08 | Disney's Coronado Springs Resort | Lake Buena V | FL | $45.00 | $27.82 | $17.18 | $75.00 | $90.00 |
| Champion | Miessau, Deborah | Miessau, Deborah | PCBC 2008 | Jun-08 | Moscone C. C. | San Francisco | CA | $77.50 | $60.32 | $17.18 | $128.00 | none |
| Champion | Ryan, Eddie | Hayes, Diana | CurveNV | Feb-08 | The Venetian Resort, Hotel & Casin | Las Vegas | NV | $60.00 | $42.80 | $17.20 | $99.00 | none |
| Champion | Zupancic, Brian | Zupancic, Brian | RIA's Annual Convention and Exp | Mar-08 | Gaylord Texan Resort & C.C. | Grapevine | TX | $55.00 | $37.80 | $17.20 | $90.00 | none |
| Champion | Neely, Todd | Hayes, Diana | Snap-on Franchisee Conference 2 | Aug-08 | South Point Hotel, Casino & Spa | Las Vegas | NV | $60.00 | $42.80 | $17.20 | $102.00 | none |
| Champion | Ryan, Eddie | Hayes, Diana | CurveNV | Aug-08 | The Venetian Resort, Hotel & Casin | Las Vegas | NV | $60.00 | $42.80 | $17.20 | $99.00 | none |
| Champion | Derby, Nate | McDowell, Patti | Oracle OpenWorld | Sep-08 | Moscone Center | San Francisco | CA | $77.75 | $60.32 | $17.43 | $117.25 | none |
| Champion | Keller, Chuck | Baglin, Jason | 22nd International Symposium on | Jun-08 | Hyatt Regency Century Plaza | Los Angeles | CA | $72.75 | $55.21 | $17.54 | $121.20 | none |
| Champion | Neely, Todd | Flynn, Ken | WORLD FINANCIAL GROUP | Mar-08 | Los Angeles C. C. | Los Angeles | CA | $73.00 | $55.21 | $17.79 | $121.20 | none |
| Champion | Rials, Aimee | Rials, Aimee | CiMH / Information Management | Apr-08 | Crowne Plaza Anaheim Resort | Garden Grove | CA | $73.00 | $55.21 | $17.79 | $120.00 | none |
| Champion | Derby, Nate | McDowell, Patti | FY09 Oracle Sales Kickoff | Jun-08 | Mandalay Bay C. C. | Las Vegas | NV | $60.75 | $42.80 | $17.95 | $121.25 | none |
| Champion | Johnson, Mark | Hayes, Diana | ASF 2009 | Feb-09 | The Venetian Resort, Hotel & Casin | Las Vegas | NV | $61.00 | $42.80 | $18.20 | $102.00 | none |
| Champion | Nettleton, Ryan | McCormack, Greg | Society of Toxicology Pathology | Jun-08 | Hyatt Regency San Francisco | San Francisco | CA | $79.00 | $60.32 | $18.68 | $126.00 | none |
| Champion | Lynch, Kelly | Lynch, Kelly | American Academy of Religion | Nov-08 | Chicago Hilton | Chicago | IL | $84.00 | $65.22 | $18.78 | $137.00 | $170.00 |
| Champion | Brown, Ron | Genochio, D | HD EXPO | Mar-08 | The Beverly Hilton | Beverly Hills | CA | $74.00 | $55.21 | $18.79 | $130.00 | none |
| Champion | Lepere, Tina | Lepere, Tina | Dwell on Design | Jun-08 | Los Angeles C. C. | Los Angeles | CA | $74.00 | $55.21 | $18.79 | $115.00 | none |

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | Brown, Ron | Genochio, D | HD EXPO - Burbank 2008 | Oct-08 | Burbank Marriott Airport Hotel & Co | Burbank | CA | $74.00 | $55.21 | $18.79 | $130.00 | none |
| Champion | Zupancic, Brian | Zupancic, Brian | National Recycling Coalition Annual | Sep-08 | David L. Lawrence C.C. | Pittsburgh | PA | $65.00 | $46.04 | $18.96 | $104.00 | $128.00 |
| Champion | Bradley, Matt | Bradley, Matt | Traders Expo - Los Angeles | Jun-08 | Ontario C. C. | Ontario | CA | $74.25 | $55.21 | $19.04 | $107.25 | none |
| Champion | Palm, Mark | Burr, Jenny | AIA 2008 National Convention and | May-08 | Boston Convention & Exhibition Center | Boston | MA | $72.00 | $52.86 | $19.14 | $112.00 | $130.00 |
| Champion | Ellsworth, Jim | Rowles, Laura | United Fresh, Las Vegas 2008 | May-08 | Mandalay Bay C. C. - Bayside Hall | Las Vegas | NV | $61.95 | $42.80 | $19.15 | $93.55 | none |
| Champion | Sottile, Liz | Sottile, Liz | Affiliate Summit 2008 West | Feb-08 | Rio All Suite Hotel and Casino | Las Vegas | NV | $62.00 | $42.80 | $19.20 | $102.00 | none |
| Champion | Keller, Chuck | Lepere, Tina | ED Toy & Gift Showcase | Apr-08 | Las Vegas Hilton | Las Vegas | NV | $62.00 | $42.80 | $19.20 | $99.00 | none |
| Champion | Flynn, Ken | Flynn, Ken | RBMA 2008 Radiology Summit | May-08 | Las Vegas Hilton | Las Vegas | NV | $62.00 | $42.80 | $19.20 | $98.00 | $126.00 |
| Champion | Szymczak, John | Dos Reis, Susan | Special Libraries Association | Jun-08 | Washington State Convention & Tra | Seattle | WA | $62.65 | $43.29 | $19.36 | $90.90 | $131.30 |
| Champion | Johnson, Mark | Pitts, Dan | Electronic Imaging 2008 | Jan-08 | San Jose McEnery C. C. | San Jose | CA | $79.75 | $60.32 | $19.43 | $145.00 | none |
| Champion | Ellsworth, Jim | Galbraith, Gena | IBEX 2008 | Oct-08 | Miami Beach C. C. | Miami Beach | FL | $52.65 | $32.98 | $19.67 | $77.45 | $105.25 |
| Champion | McDowell, Patti | McDowell, Patti | Carbon Forum America 2008 | Feb-08 | Moscone Center | San Francisco | CA | $80.00 | $60.32 | $19.68 | $140.00 | none |
| Champion | Magnani, Cindy | Magnani, Cindy | NVISION 08 | Aug-08 | San Jose McEnery C. C. | San Jose | CA | $80.00 | $60.32 | $19.68 | $140.00 | none |
| Champion | Saravia, Dino | Saravia, Dino | Asian Job Expo Long Beach | May-08 | Long Beach C. C. | Long Beach | CA | $75.00 | $55.21 | $19.79 | $130.00 | $150.00 |
| Champion | Rials, Aimee | Rials, Aimee | Predictive Methods Conference | Jun-08 | Hotel Del Coronado | Coronado | CA | $75.00 | $55.21 | $19.79 | $120.00 | none |
| Champion | Bradley, Matt | McCormack, Greg | The International Traders Expo - N | Feb-08 | New York Marriott Marquis | New York | NY | $122.75 | $102.88 | $19.87 | $183.00 | $243.25 |
| Champion | Zupancic, Brian | Zupancic, Brian | Adventures in Travel Expo DC | Mar-08 | Walter E. Washington C. C. | Washington | DC | $61.25 | $41.30 | $19.95 | $92.50 | $122.50 |
| Champion | Szymczak, John | Tilch, Christina | Drug Information Association | Jun-08 | Boston Convention & Exhibition Center | Boston | MA | $73.00 | $52.86 | $20.14 | $105.00 | $139.00 |
| Champion | Mason, Pam | Mason, Pam | AUVSI's Unmanned Systems Nor | Jun-08 | San Diego C. C. | San Diego | CA | $72.00 | $51.66 | $20.34 | $108.00 | none |
| Champion | | | 14th Annual Interventional Cardio | Apr-08 | The Fairmont San Jose | San Jose | CA | $80.80 | $60.32 | $20.48 | $156.55 | none |
| Champion | Koval, John | | ASTD TechKnowledge® 2008 | Feb-08 | Grand Hyatt San Antonio | San Antonio | TX | $54.05 | $33.51 | $20.54 | $81.85 | none |
| Champion | Johnson, Mark | | American Chemical Society Nation | Apr-08 | Ernest N. Morial C. C. | New Orleans | LA | $52.00 | $31.36 | $20.64 | $78.00 | $104.00 |
| Champion | Szymczak, John | | Chronic Total Occlusion Summit | Feb-08 | New York Marriott Marquis Times S | New York | NY | $123.80 | $102.88 | $20.92 | $185.60 | $210.55 |
| Champion | Louie, Velma | | CAMB Los Angeles Metro 2008 T | Jan-08 | Los Angeles C. C. | Los Angeles | CA | $76.25 | $55.21 | $21.04 | $124.25 | $139.00 |
| Champion | Louie, Velma | | CAMB San Gabriel Chapter | Jan-08 | Pasadena Conference Center | Pasadena | CA | $76.25 | $55.21 | $21.04 | $124.25 | none |
| Champion | Louie, Velma | | CAMB's IE Loan Originator Expo | Mar-08 | Riverside C. C. | Riverside | CA | $76.25 | $55.21 | $21.04 | $124.25 | none |
| Champion | Louie, Velma | | CAMB SOLA Tradeshow 2008 | May-08 | Holiday Inn Long Beach Airport Hot | Long Beach | CA | $76.25 | $55.21 | $21.04 | $124.25 | $104.00 |
| Champion | Louie, Velma | | CAMB OC's Mortgage Industry Tr | Jun-08 | Anaheim C. C. | Anaheim | CA | $76.25 | $55.21 | $21.04 | $124.25 | none |
| Champion | Derby, Nate | | Citrix Summit 08 | Jan-08 | Gaylord Palms Resort & C. C. | Kissimmee | FL | $49.00 | $27.82 | $21.18 | $79.00 | $99.00 |
| Fern | | | World of Hurricane Protection Tra | Apr-08 | Orange County C. C. | Orlando | FL | $49.00 | $27.82 | $21.18 | $69.00 | $98.00 |
| Champion | | | Academy of General Dentistry (AC | Jul-08 | Walt Disney World Dolphin Hotel | Lake Buena V | FL | $49.00 | $27.82 | $21.18 | $79.00 | none |
| Champion | | | 2008 C4ISR Symposium | Apr-08 | Qualcomm Stadium | San Diego | CA | $73.00 | $51.66 | $21.34 | $120.00 | none |
| Champion | | | The Great American Dessert Expo | Apr-08 | Georgia International C. C. | College Park | GA | $45.00 | $23.64 | $21.36 | $67.50 | none |
| Champion | | | American Chemical Society Nation | Aug-08 | Pennsylvania C. C. | Philadelphia | PA | $93.65 | $72.00 | $21.65 | $139.20 | $183.10 |
| Champion | | | Adventures in Travel Expo - Seattle | Sep-08 | Washington State Convention & Tra | Seattle | WA | $65.00 | $43.29 | $21.71 | $104.00 | $140.00 |
| Champion | | | CAMB - North Los Angeles, Mortg | Apr-08 | Warner Center Marriott Woodland H | Woodland Hill | CA | $77.00 | $55.21 | $21.79 | $125.00 | none |
| Champion | | | Techtextil North America | Apr-08 | Cobb Galleria Centre | Atlanta | GA | $45.45 | $23.64 | $21.81 | $68.20 | none |

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | | | ISH North America | Oct-08 | Georgia World Congress Center | Atlanta | GA | $45.45 | $23.64 | $21.81 | $68.20 | none |
| Champion | | | 115th Annual IACP Conference at | Nov-08 | San Diego C. C. | San Diego | CA | $73.50 | $51.66 | $21.84 | $109.00 | none |
| Champion | | | The Money Show – Las Vegas | May-08 | Mandalay Bay C. C. | Las Vegas | NV | $64.75 | $42.80 | $21.95 | $104.75 | none |
| Champion | | | SIIM 2008 Annual Meeting | May-08 | Washington State Convention & Tra | Seattle | WA | $65.30 | $43.29 | $22.01 | $110.20 | none |
| Champion | | | ASTD 2008 International Confere | Jun-08 | San Diego C. C. | San Diego | CA | $73.75 | $51.66 | $22.09 | $119.20 | none |
| Champion | | | WWIN Show | Feb-08 | Rio All-Suite Hotel & Casino | Las Vegas | NV | $65.00 | $42.80 | $22.20 | $120.00 | none |
| Champion | | | International Lingerie Show | Apr-08 | Rio All-Suite Hotel & Casino | Las Vegas | NV | $65.00 | $42.80 | $22.20 | $120.00 | none |
| Champion | | | Financial Advisor Symposium | Apr-08 | Mandalay Bay C. C. | Las Vegas | NV | $65.00 | $42.80 | $22.20 | $97.50 | none |
| Champion | | | WWIN Show | Aug-08 | Rio All-Suite Hotel & Casino | Las Vegas | NV | $65.00 | $42.80 | $22.20 | $120.00 | none |
| Champion | | | The Forex Trading Expo | Sep-08 | Mandalay Bay C. C. | Las Vegas | NV | $65.00 | $42.80 | $22.20 | $97.50 | none |
| Fern | | | ERA's 18th Annual Convention | Sep-08 | Paris Las Vegas | Las Vegas | NV | $65.65 | $42.80 | $22.85 | $119.20 | none |
| Champion | | | The Foodservice Distribution Con | Oct-08 | David L. Lawrence C.C. | Pittsburgh | PA | $69.00 | $46.04 | $22.96 | $99.00 | $141.00 |
| Champion | | | American Headache Society 50th | Jun-08 | Boston Marriott Copley Place | Boston | MA | $76.00 | $52.86 | $23.14 | $115.00 | $150.00 |
| Champion | | | American Osteopathic Association | Oct-08 | Sands Expo & C.C. | Las Vegas | NV | $66.00 | $42.80 | $23.20 | $132.00 | none |
| Champion | | | NFR Cowboy Christmas Gift Show | Dec-08 | Las Vegas C. C. | Las Vegas | NV | $66.15 | $42.80 | $23.35 | $118.45 | $131.80 |
| Champion | | | Optical Expo 2008 | Oct-08 | The Westin Galleria Dallas | Dallas | TX | $61.25 | $37.80 | $23.45 | $115.50 | none |
| Champion | | | LA Marathon Quality of Life Expo | Mar-08 | Los Angeles C. C. | Los Angeles | CA | $78.80 | $55.21 | $23.59 | $131.30 | none |
| Champion | | | The AFP Annual Conference | Oct-08 | Los Angeles C. C. | Los Angeles | CA | $78.80 | $55.21 | $23.59 | $126.25 | none |
| Champion | | | American Academy of Cosmetic D | May-08 | Ernest N. Morial C. C. | New Orleans | LA | $55.00 | $31.36 | $23.64 | $82.50 | $110.00 |
| Champion | | | WiMAX World 2008 | Oct-08 | McCormick Place – West Building | Chicago | IL | $88.90 | $65.22 | $23.68 | $133.35 | $166.65 |
| Champion | | | 4th Annual NABWF Franchisee R | Jun-08 | Omni Shoreham Hotel | Washington | DC | $65.00 | $41.30 | $23.70 | $104.00 | $125.00 |
| Champion | | | American Association of Kidney P | Aug-08 | Grand Hyatt Washington | Washington | DC | $65.00 | $41.30 | $23.70 | $104.00 | $125.00 |
| Fern | | | Transcatheter Cardiovascular The | Oct-08 | Walter E. Washington C. C. | Washington | DC | $65.00 | $41.30 | $23.70 | $98.00 | $129.00 |
| Champion | | | Job Fair Career Expo | Jun-08 | Los Angeles C. C. | Los Angeles | CA | $79.00 | $55.21 | $23.79 | $127.00 | none |
| Champion | | | Shop.org Online Merchandising W | Jul-08 | Hyatt Regency Huntington Beach R | Huntington Be | CA | $79.00 | $55.21 | $23.79 | $116.00 | none |
| Champion | | | Pri-Med West | May-08 | Anaheim C. C. | Anaheim | CA | $79.25 | $55.21 | $24.04 | $135.25 | none |
| Champion | | | American Pharmacists Associatio | Mar-08 | San Diego C. C. | San Diego | CA | $75.75 | $51.66 | $24.09 | $124.00 | none |
| Champion | | | The Student Housing Conference | Feb-08 | The Fairmont Dallas | Dallas | TX | $62.00 | $37.80 | $24.20 | $93.00 | $119.00 |
| Champion | | | FOSE 2008 | Apr-08 | Walter E. Washington C. C. | Washington | DC | $65.50 | $41.30 | $24.20 | $96.85 | none |
| Champion | | | New Media Expo | Aug-08 | Las Vegas C. C. | Las Vegas | NV | $67.00 | $42.80 | $24.20 | $113.00 | none |
| Champion | | | NSCAA | Jan-08 | Baltimore C. C. | Baltimore | MD | $59.00 | $34.61 | $24.39 | $99.00 | none |
| Champion | | | Yankee Dental Congress 33 | Feb-08 | Boston Convention & Exhibition Ce | Boston | MA | $77.25 | $52.86 | $24.39 | $118.75 | none |
| Champion | | | Optometry's Meeting™ | Jun-08 | Washington State Convention & Tra | Seattle | WA | $68.00 | $43.29 | $24.71 | $115.00 | none |
| Champion | | | FPA Annual Conference & Expos | Oct-08 | Boston Convention & Exhibition Ce | Boston | MA | $77.80 | $52.86 | $24.94 | $117.20 | $149.50 |
| Champion | | | RBMA 2008 Fall Educational Con | Sep-08 | Henry B. Gonzalez C. C. | San Antonio | TX | $58.60 | $33.51 | $25.09 | $85.85 | $103.05 |
| Champion | | | American Society for Microbiology | Jun-08 | Boston Convention & Exhibition Ce | Boston | MA | $78.00 | $52.86 | $25.14 | $112.00 | $146.00 |
| Champion | | | International Beverage Dispensing | Feb-08 | Red Rock Casino, Resort & Spa | Las Vegas | NV | $68.00 | $42.80 | $25.20 | $104.00 | none |

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | | | CGA Excavation Safety Conference | Mar-08 | Rio All-Suite Hotel & Casino | Las Vegas | NV | $68.00 | $42.80 | $25.20 | $102.00 | none |
| Champion | | | Joe Weider's Olympia Weekend 2 | Sep-08 | Las Vegas C. C. | Las Vegas | NV | $68.00 | $42.80 | $25.20 | $110.00 | none |
| Champion | | | Trade Show at WIREC 2008 | Mar-08 | Walter E. Washington C. C. | Washington | DC | $67.00 | $41.30 | $25.70 | $117.00 | none |
| Champion | | | The World Money Show - Orlando | Feb-08 | Gaylord Palms Resort & C. C. | Kissimmee | FL | $53.55 | $27.82 | $25.73 | $79.85 | $107.10 |
| Champion | | | Public Library Association | Mar-08 | Minneapolis C.C. | Minneapolis | MN | $64.00 | $38.25 | $25.75 | $94.00 | none |
| Fern | | | 20th Annual National Forum on Q | Dec-08 | Gaylord Opryland Resort & C. C. | Nashville | TN | $58.75 | $32.86 | $25.89 | $92.50 | $124.80 |
| Champion | | | NASP 2008 Subrogation Litigation | Mar-08 | Mirage Las Vegas | Las Vegas | NV | $68.70 | $42.80 | $25.90 | $115.15 | none |
| Champion | | | TiECON 2008 | May-08 | Santa Clara C. C. | Santa Clara | CA | $86.25 | $60.32 | $25.93 | $130.00 | $172.00 |
| Champion | | | GAM 2008 - Institute of Internal A | Mar-08 | Red Rock Casino, Resort & Spa | Las Vegas | NV | $69.00 | $42.80 | $26.20 | $112.00 | none |
| Champion | | | Association of Certified Anti-Mone | Sep-08 | Paris Las Vegas | Las Vegas | NV | $69.00 | $42.80 | $26.20 | $106.00 | none |
| Champion | | | AudiologyNOW! | Apr-09 | Dallas C. C. | Dallas | TX | $64.15 | $37.80 | $26.35 | $96.45 | $128.30 |
| Champion | | | Ethernet Expo 2008 | Oct-08 | Hilton New York | New York | NY | $129.25 | $102.88 | $26.37 | $174.50 | $220.00 |
| Champion | | | North American Steel Constructio | Apr-08 | Nashville C. C. | Nashville | TN | $59.50 | $32.86 | $26.64 | $80.00 | $109.00 |
| Champion | | | Enterprise 2.0 | Jun-08 | The Westin Boston Waterfront | Boston | MA | $79.50 | $52.86 | $26.64 | $127.50 | $159.25 |
| Champion | | | AABB Annual Meeting & TXPO 20 | Oct-08 | Le Palais des Congres de Montreal | Montreal, QC | CAN | $70.70 | $44.01 | $26.69 | $116.15 | none |
| Champion | | | Internal Medicine 2008 | May-08 | Walter E. Washington C. C. | Washington | DC | $68.00 | $41.30 | $26.70 | $99.00 | $132.00 |
| Champion | | | 6 State Bankers Convention | Jun-08 | Wynn Las Vegas | Las Vegas | NV | $69.70 | $42.80 | $26.90 | $110.10 | none |
| Champion | | | Exhibitor2008 | Mar-08 | Mandalay Bay C. C. | Las Vegas | NV | $69.75 | $42.80 | $26.95 | $114.00 | none |
| Champion | | | THETRADESHOW | Sep-08 | Orange County C. C. | Orlando | FL | $55.00 | $27.82 | $27.18 | $88.00 | none |
| Champion | | | DMAI 94th Annual Convention | Jul-08 | Caesars Palace | Las Vegas | NV | $70.00 | $42.80 | $27.20 | $110.00 | $146.00 |
| Champion | | | NEWEA Annual Conference | Jan-08 | Boston Marriott Copley Place | Boston | MA | $80.35 | $52.86 | $27.49 | $129.85 | $162.25 |
| Champion | | | Cambridge Healthtech Institute's | Jun-08 | The Fairmont Hotel | San Francisco | CA | $88.75 | $60.32 | $28.43 | $135.75 | $133.00 |
| Champion | | | Clinical Data Management | Mar-08 | JW Marriott Hotel Pennsylvania Ave | Washington | DC | $69.00 | $41.30 | $27.70 | $99.00 | none |
| Champion | | | 9th Annual Advances in Breast Im | Mar-08 | Wynn Las Vegas | Las Vegas | NV | $70.70 | $42.80 | $27.90 | $113.15 | none |
| Champion | | | 10th Annual International Sympos | May-08 | Wynn Las Vegas | Las Vegas | NV | $70.70 | $42.80 | $27.90 | $113.15 | none |
| Champion | | | Online Market World 2008 Confer | Oct-08 | Moscone West | San Francisco | CA | $88.50 | $60.32 | $28.18 | $150.00 | none |
| Champion | | | Molecular Medicine Tri-Conferenc | Mar-08 | Moscone North C. C. | San Francisco | CA | $88.75 | $60.32 | $28.43 | $110.00 | none |
| Champion | | | Cambridge Healthtech Institute's | Jun-08 | The Fairmont Hotel | San Francisco | CA | $88.75 | $60.32 | $28.43 | $135.75 | none |
| Champion | | | American Academy of Physician A | May-08 | Henry B. Gonzalez C. C. | San Antonio | TX | $62.00 | $33.51 | $28.49 | $99.25 | none |
| Champion | | | National Educational Computing C | Jul-08 | Henry B. Gonzalez C. C. | San Antonio | TX | $62.00 | $33.51 | $28.49 | $106.00 | none |
| Champion | | | CASE District I Conference | Feb-08 | Boston Marriott Copley Place | Boston | MA | $81.50 | $52.86 | $28.64 | $122.50 | $163.25 |
| Champion | | | 2008 Home Care & Hospice Marc | Apr-08 | Marriott Wardman Park Hotel | Washington | DC | $70.00 | $41.30 | $28.70 | $128.00 | none |
| Champion | | | Pri-Med East | Nov-08 | Boston Convention & Exhibition Cen | Boston | MA | $81.65 | $52.86 | $28.79 | $122.25 | $163.05 |
| Champion | | | College Art Association 96th Annu | Feb-08 | Adam's Mark Hotel | Dallas | TX | $66.70 | $37.80 | $28.90 | $100.00 | $126.25 |
| Champion | | | ATS 2008 - Toronto | May-08 | Metro Toronto Convention Centre | Toronto, Onta | CAN | $73.00 | $44.01 | $28.99 | $99.00 | $115.00 |
| Champion | | | North American Spine Society 23r | Oct-08 | Metro Toronto Convention Centre | Toronto, Onta | CAN | $73.00 | $44.01 | $28.99 | $99.00 | $118.00 |
| Champion | | | American Society of Nuclear Card | Sep-08 | Hynes C. C. | Boston | MA | $82.00 | $52.86 | $29.14 | $131.00 | $162.00 |
| Champion | | | SHARE Technology Exchange | Mar-08 | Disney's Coronado Springs Resort | Lake Buena V | FL | $57.00 | $27.82 | $29.18 | $104.00 | none |

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | | | Software 2008 | May-08 | Mandalay Bay C. C. | Las Vegas | NV | $72.00 | $42.80 | $29.20 | $121.75 | none |
| Champion | | | RFID World 2008 | Sep-08 | MGM Grand Hotel & Casino | Las Vegas | NV | $72.00 | $42.80 | $29.20 | $121.75 | none |
| Champion | | | Interop Las Vegas | May-08 | Mandalay Bay C. C. | Las Vegas | NV | $72.10 | $42.80 | $29.30 | $122.06 | none |
| Champion | | | 32nd ASRT Radiation Therapy Co | Sep-08 | Boston Marriott Copley Place | Boston | MA | $82.20 | $52.86 | $29.34 | $131.10 | $155.55 |
| Champion | | | ASQ World Conference on Quality | May-08 | George R. Brown C. C. | Houston | TX | $62.00 | $32.62 | $29.38 | $110.00 | none |
| Champion | | | WINDPOWER 2008 Conference & | Jun-08 | George R. Brown C. C. | Houston | TX | $62.00 | $32.62 | $29.38 | $110.00 | none |
| Champion | | | Life @ 50+: AARP's National Eve | Sep-08 | Walter E. Washington C. C. | Washington | DC | $70.70 | $41.30 | $29.40 | $106.05 | none |
| Champion | | | National Association of Elevator C | Sep-08 | Gaylord Texan Resort & C.C. | Grapevine | TX | $67.20 | $37.80 | $29.40 | $100.75 | none |
| Champion | | | NACo Annual Conference and Ex | Jul-08 | Kansas City C. C. | Kansas City | MO | $59.00 | $29.57 | $29.43 | $90.00 | $120.00 |
| Champion | | | 145th AVMA Annual Convention | Jul-08 | Ernest N. Morial C. C. | New Orleans | LA | $61.00 | $31.36 | $29.64 | $89.50 | none |
| Champion | | | Microstrategy World 2007 | Jan-08 | InterContinental Miami | Miami Beach | FL | $62.65 | $32.98 | $29.67 | $103.05 | none |
| Champion | | | AIHce 2008 | Jun-08 | Minneapolis C.C. | Minneapolis | MN | $68.00 | $38.25 | $29.75 | $116.00 | none |
| Fern | | | Marriott Extended Stay General M | Jan-08 | Anaheim Marriott | Anaheim | CA | $85.00 | $55.21 | $29.79 | $125.00 | $170.00 |
| Champion | | | Marriott Select General Managers | Mar-08 | Anaheim Marriott | Anaheim | CA | $85.00 | $55.21 | $29.79 | $125.00 | $170.00 |
| Fern | | | The International Forum | Jan-09 | Hyatt Regency Century Plaza | Los Angeles | CA | $85.00 | $55.21 | $29.79 | $131.00 | $160.00 |
| Champion | | | NAASO THE OBESITY SOCIETY | Oct-08 | Phoenix C. C. | Phoenix | AZ | $64.65 | $34.75 | $29.90 | $93.95 | $129.30 |
| Champion | | | SustainCommWorld | Oct-08 | Boston Marriott Copley Place | Boston | MA | $82.85 | $52.86 | $29.99 | $100.00 | $149.50 |
| Champion | | | COMMON 2008 Annual Meeting & | Apr-08 | Gaylord Opryland Resort | Nashville | TN | $63.00 | $32.86 | $30.14 | $94.50 | none |
| Champion | | | EDS 2008 | May-08 | Paris Las Vegas | Las Vegas | NV | $73.00 | $42.80 | $30.20 | $124.00 | none |
| Champion | | | Sybase TechWave 2008 | Aug-08 | Mandalay Bay Resort, Hotel & Casi | Las Vegas | NV | $73.20 | $42.80 | $30.40 | $120.30 | $146.40 |
| Champion | | | APICS International Conference & | Sep-08 | Kansas City C. C. | Kansas City | MO | $60.00 | $29.57 | $30.43 | $120.00 | none |
| Champion | | | NCSL 2008 Legislative Summit | Jul-08 | Ernest N. Morial C. C. | New Orleans | LA | $62.00 | $31.36 | $30.64 | $93.00 | $124.00 |
| Champion | | | NTCA EXPO '09 | Feb-09 | Long Beach C. C. | Long Beach | CA | $86.00 | $55.21 | $30.79 | $121.00 | $160.00 |
| Champion | | | SHRM Staffing Management Con | Apr-08 | Gaylord Opryland Resort & C.C. | Nashville | TN | $64.00 | $32.86 | $31.14 | $95.00 | $130.00 |
| Champion | | | Shop.org 2008 Strategy and Inno | Jan-08 | Loews Royal Pacific Resort at Univ | Orlando | FL | $59.00 | $27.82 | $31.18 | $95.00 | none |
| Champion | | | INTEX Expo 2008 | Mar-08 | Paris Las Vegas | Las Vegas | NV | $74.00 | $42.80 | $31.20 | $120.00 | none |
| Champion | | | INTEX Expo 2008 | Mar-08 | Bally's Las Vegas | Las Vegas | NV | $74.00 | $42.80 | $31.20 | $120.00 | none |
| Champion | | | CANP 31st Annual Educational C | Mar-08 | Paradise Point Resort & Spa | San Diego | CA | $83.00 | $51.66 | $31.34 | $134.25 | $162.50 |
| Champion | | | Atlanta Boat Show | Jan-08 | Georgia World Congress Center | Atlanta | GA | $55.00 | $23.64 | $31.36 | $95.50 | none |
| Champion | | | TAWPI 2008 | Aug-08 | Disney's Contemporary Resort | Lake Buena V | FL | $59.60 | $27.82 | $31.78 | $95.95 | none |
| Champion | | | International Bone Symposium 20 | Feb-08 | JW Marriott Las Vegas Resort, Spa | Las Vegas | NV | $74.75 | $42.80 | $31.95 | $121.20 | none |
| Champion | | | CEDIA EXPO 2008 | Sep-08 | Colorado C. C. | Denver | CO | $67.00 | $34.99 | $32.01 | $100.75 | $142.25 |
| Champion | | | PCI-SIG® Developers Conference | Jun-08 | Santa Clara C. C. | Santa Clara | CA | $92.50 | $60.32 | $32.18 | $154.75 | none |
| Champion | | | ISMRM 16th Scientific Meeting ar | May-08 | Metro Toronto Convention Centre | Toronto, Onta | CAN | $76.50 | $44.01 | $32.49 | $143.50 | none |
| Champion | | | Treasury Management Associatio | May-08 | Boston Marriott Copley Place | Boston | MA | $85.50 | $52.86 | $32.64 | $128.25 | none |
| Champion | | | ICAAC/IDSA 2008 | Oct-08 | Walter E. Washington C. C. | Washington | DC | $74.00 | $41.30 | $32.70 | $108.00 | $142.00 |
| Champion | | | 33rd ACR National Conference of | May-08 | JW Marriott Orlando Grande Lakes | Orlando | FL | $60.60 | $27.82 | $32.78 | $90.90 | none |

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | | | 2008 ASM Biodefense Research | Feb-08 | Baltimore Marriott Waterfront | Baltimore | MD | $67.70 | $34.61 | $33.09 | $99.50 | $131.30 |
| Champion | | | ASRM | Nov-08 | The Moscone Center South | San Francisco | CA | $93.50 | $60.32 | $33.18 | $160.50 | none |
| Champion | | | American Academy of Nurse Prac | Jul-08 | Gaylord National Resort & C. C. on | National Harbo | MD | $68.00 | $34.61 | $33.39 | $102.00 | $122.50 |
| Champion | | | 2008 MRS Spring Exhibit | Mar-08 | Moscone West | San Francisco | CA | $93.75 | $60.32 | $33.43 | $153.50 | none |
| Champion | | | NTCA EXPO '08 | Feb-08 | New Orleans Marriott | New Orleans | LA | $65.00 | $31.36 | $33.64 | $97.50 | $130.00 |
| Champion | | | SHRM Diversity Conference & Ex | Oct-08 | Atlanta Marriott Marquis | Atlanta | GA | $57.50 | $23.64 | $33.86 | $83.50 | none |
| Champion | | | Maker Faire 2008 | May-08 | San Mateo County Event Center on | San Mateo | CA | $94.50 | $60.32 | $34.18 | $161.75 | none |
| Champion | | | 2008 NAA Education Conference | Jun-08 | Gaylord Palms Resort & C. C. | Kissimmee | FL | $62.00 | $27.82 | $34.18 | $93.00 | $119.00 |
| Champion | | | National Travel Forum | Jun-08 | Atlanta Marriott Marquis | Atlanta | GA | $58.00 | $23.64 | $34.36 | $87.00 | none |
| Champion | | | Sixth Annual Greening Rooftops f | Apr-08 | Baltimore C. C. | Baltimore | MD | $69.00 | $34.61 | $34.39 | $104.00 | $138.00 |
| Champion | | | DISKCON USA 2008 | Sep-08 | The Hyatt Regency Hotel / Santa C | Santa Clara | CA | $94.75 | $60.32 | $34.43 | $151.50 | none |
| Champion | | | Heart Rhythm 2008 | May-08 | The Moscone Center | San Francisco | CA | $95.00 | $60.32 | $34.68 | $128.25 | $156.75 |
| Champion | | | Schools 2008, American Speech - | Jul-08 | Disney's Contemporary Resort | Lake Buena V | FL | $63.00 | $27.82 | $35.18 | $94.50 | $126.00 |
| Champion | | | Las Vegas Souvenir and Resort G | Sep-08 | Las Vegas C. C. | Las Vegas | NV | $78.00 | $42.80 | $35.20 | $132.00 | none |
| Champion | | | National Association for Home Ca | Jan-08 | Pointe Hilton Squaw Peak Resort | Phoenix | AZ | $70.00 | $34.75 | $35.25 | $128.00 | none |
| Fern | | | Florida Pharmacy Association 118 | Jul-08 | Hyatt Regency Grand Cypress | Orlando | FL | $63.15 | $27.82 | $35.33 | $94.70 | $126.25 |
| Fern | | | American Academy of Environme | Nov-08 | Hyatt Regency Grand Cypress | Orlando | FL | $63.15 | $27.82 | $35.33 | $94.70 | $126.25 |
| Champion | | | IMPACT 2008 | Sep-08 | Georgia World Congress Center | Atlanta | GA | $59.00 | $23.64 | $35.36 | $94.00 | none |
| Champion | | | CanWEA 2008 | Oct-08 | Vancouver Convention & Exhibition | Vancouver, B | CAN | $67.00 | $31.13 | $35.87 | $117.00 | none |
| Champion | | | Great West Truck Show | Jun-08 | Las Vegas C. C. | Las Vegas | NV | $78.80 | $42.80 | $36.00 | $134.16 | none |
| Fern | | | The International Forum | Jan-08 | Loews Miami Beach Hotel | Miami Beach | FL | $69.00 | $32.98 | $36.02 | $95.00 | none |
| Champion | | | Mobile Internet World 2008 | Oct-08 | Boston Convention & Exhibition Cer | Boston | MA | $88.90 | $52.86 | $36.04 | $133.35 | $166.65 |
| Champion | | | 68th Scientific Sessions American | Jun-08 | The Moscone Center South | San Francisco | CA | $96.50 | $60.32 | $36.18 | $170.50 | none |
| Champion | | | AudiologyNOW! | Apr-08 | Charlotte C. C. | Charlotte | NC | $60.10 | $23.64 | $36.46 | $90.40 | $120.20 |
| Fern | | | ASTA | Apr-08 | Omni Orlando Resort at Champions | ChampionsGa | FL | $65.00 | $27.82 | $37.18 | $95.00 | none |
| Fern | | | Private Practice Section, APTA | Nov-08 | Loews Royal Pacific Resort at Univ | Orlando | FL | $65.00 | $27.82 | $37.18 | $105.00 | none |
| Champion | | | American Medical Directors Assoc | Mar-08 | Salt Palace C. C. | Salt Lake City | UT | $67.70 | $29.93 | $37.77 | $111.10 | none |
| Champion | | | Cisco Live 2008 | Jun-08 | Orange County C. C. | Orlando | FL | $66.00 | $27.82 | $38.18 | $115.00 | none |
| Champion | | | 2008 IEEE MTT-S International M | Jun-08 | Georgia World Congress Center | Atlanta | GA | $62.00 | $23.64 | $38.36 | $93.00 | $112.00 |
| Champion | | | COMPOSITES & POLYCON 2009 | Jan-09 | Tampa C. C. | Tampa | FL | $66.50 | $27.82 | $38.68 | $101.00 | $128.50 |
| Champion | | | 80th AHIMA Convention & Exhibit | Oct-08 | Washington State Convention & Tra | Seattle | WA | $82.00 | $43.29 | $38.71 | $122.00 | none |
| Champion | | | AAM Annual Meeting and Museur | Apr-08 | Colorado C. C. | Denver | CO | $74.00 | $34.99 | $39.01 | $111.00 | $140.00 |
| Champion | | | PestWorld 2008 | Oct-08 | Gaylord National Resort & C. C. on | National Harbo | MD | $73.75 | $34.61 | $39.14 | $106.05 | $133.85 |
| Champion | | | Society for Healthcare Epidemiolc | Apr-08 | Buena Vista Palace Hotel & Spa | Lake Buena V | FL | $68.00 | $27.82 | $40.18 | $108.00 | $136.00 |
| Champion | | | International Conference on Emer | Mar-08 | Hyatt Regency Atlanta | Atlanta | GA | $64.00 | $23.64 | $40.36 | $90.00 | none |
| Champion | | | Pri-Med Mid-Atlantic | Dec-08 | Baltimore C. C. | Baltimore | MD | $75.05 | $34.61 | $40.44 | $112.55 | $150.10 |
| Champion | | | Burger King Corporation Global C | May-08 | Gaylord Palms Resort & C. C. | Kissimmee | FL | $69.00 | $27.82 | $41.18 | $120.00 | none |

| GC | Sales | AE | Show Name | Dates | Venue | City | St | Labor ST | Labor Cost | Labor Variance | Labor OT | Labor DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion | | | Career Forum - LA | Sep-08 | Renaissance Hollywood Hotel | Hollywood | CA | $98.00 | $55.21 | $42.79 | $148.00 | $185.00 |
| Champion | | | Pri-Med Southwest | Mar-08 | George R. Brown C. C. | Houston | TX | $75.50 | $32.62 | $42.88 | $132.00 | none |
| Champion | | | Citrix Synergy™ | May-08 | George R. Brown C. C. | Houston | TX | $76.00 | $32.62 | $43.38 | $135.00 | none |
| Champion | | | The National Society of Black Eng | Mar-08 | Orange County C. C. | Orlando | FL | $71.50 | $27.82 | $43.68 | $107.25 | none |
| Champion | | | shop.org online marketing worksh | Apr-08 | JW Marriott Camelback Inn | Scottsdale | AZ | $79.00 | $34.75 | $44.25 | $116.00 | none |
| Champion | | | Ultimate Car Show | Jun-08 | Georgia World Congress Center | Atlanta | GA | $68.00 | $23.64 | $44.36 | $102.00 | none |
| Champion | | | Deltek Insight 2008 | May-08 | Gaylord Opryland Resort & C.C. | Nashville | TN | $77.80 | $32.86 | $44.94 | $146.45 | none |
| Champion | | | Intermodal Expo & TransComp Ex | Nov-08 | Greater Fort Lauderdale / Broward C | Ft. Lauderdale | FL | $78.00 | $32.98 | $45.02 | $130.00 | none |
| Champion | | | Career Forum - Boston | Nov-08 | Boston Convention & Exhibition Cer | Boston | MA | $98.00 | $52.86 | $45.14 | $148.00 | $185.00 |
| Fern | | | Thomson Elite User Conference | Jun-08 | The Westin Diplomat Resort & Spa | Hollywood | FL | $78.80 | $32.98 | $45.82 | $118.20 | $157.60 |
| Fern | | | Regional Airline Association | May-08 | Indiana C. C. | Indianapolis | IN | $85.85 | $39.92 | $45.93 | $116.15 | none |
| Champion | | | INTEROP NEW YORK 2008/Mob | Sep-08 | Jacob K. Javits C. C. | New York | NY | $151.50 | $102.88 | $48.62 | $203.75 | $236.25 |
| Champion | | | Web 2.0 Expo NY | Sep-08 | Jacob K. Javits C. C. | New York | NY | $151.50 | $102.88 | $48.62 | $203.75 | $236.25 |
| Champion | | | Pri-Med South | Feb-08 | Greater Fort Lauderdale / Broward C | Ft. Lauderdale | FL | $82.50 | $32.98 | $49.52 | $141.25 | none |
| Champion | | | VoiceCon Orlando 2007 | Mar-08 | Gaylord Palms Resort & C. C. | Kissimmee | FL | $77.77 | $27.82 | $49.95 | $135.45 | none |
| Fern | | | eRetailer Summit | Mar-08 | InterContinental Miami | Miami | FL | $85.85 | $32.98 | $52.87 | $126.25 | none |
| Champion | | | Pri-Med New York | Oct-08 | Jacob K. Javits C. C. | New York | NY | $156.00 | $102.88 | $53.12 | $209.05 | $241.30 |
| Champion | | | AOC | Oct-08 | Reno Events Center | Reno | NV | $98.85 | $42.80 | $56.05 | $156.05 | none |
| Fern | | | National Biodiesel Conference & E | Feb-08 | Gaylord Palms Resort and C. C. - C | Kissimmee | FL | $85.85 | $27.82 | $58.03 | $126.25 | none |
| Fern | | | Brighthouse | Apr-08 | DoubleTree Hotel | Tampa | FL | $90.90 | $27.82 | $63.08 | $130.30 | none |
| Fern | | | PSTC | May-08 | Baltimore Marriott Waterfront | Baltimore | MD | $113.15 | $34.61 | $78.54 | $159.60 | none |
| Fern | | | SGO 2008 | Mar-08 | Tampa C. C. | Tampa | FL | $110.10 | $27.82 | $82.28 | $156.55 | none |
| Champion | | | ACAM | Oct-08 | Rio All Suite Hotel and Casino | Las Vegas | NV | $126.25 | $42.80 | $83.45 | $156.55 | none |
| Champion | | | Tuffy Trade Show | Feb-08 | Renaissance Orlando Resort at Sez | Orlando | FL | $126.25 | $27.82 | $98.43 | $156.55 | none |
| Fern | | | NASSTRAC Logistics Conference | Apr-08 | Buena Vista Palace Hotel & Spa | Lake Buena V | FL | $126.25 | $27.82 | $98.43 | $156.55 | none |
| Fern | | | ACAM | Apr-08 | Renaissance Orlando Resort at Sez | Orlando | FL | $126.25 | $27.82 | $98.43 | $156.55 | none |
| Fern | | | ProfitStars Client Conference | Apr-08 | Buena Vista Palace Hotel & Spa | Lake Buena V | FL | $126.25 | $27.82 | $98.43 | $156.55 | none |
| Fern | | | 2008 National Migrant Education ( | Apr-08 | Rosen Centre Hotel | Orlando | FL | $126.25 | $27.82 | $98.43 | $156.55 | none |