**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHAMPION EXPOSITION SERVICES LLC; WCP EXPOSITION SERVICES OPERATING COMPANY LLC; and WCP EXPOSITION SERVICES HOLDING COMPANY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEXXT SHOW, LLC; MARK EPSTEIN; MATTHEW EPSTEIN, JOHN SZYMCZAK; SUSAN DOS REIS; SHERI RYDER; ANITA BOTA; MICHAEL HALL; VICKY BASSETT; and NICOLE PREFONTAINE, <br><br> Defendants. | Civil Action No. 10-cv-12228-WGY |

**PLAINTIFFS' MOTION FOR CONTEMPT**
**FOR VIOLATIONS OF THE STIPULATED INJUNCTION**

Plaintiffs Champion Exposition Services LLC ("Champion"), WCP Exposition Services Operating Company LLC, and WCP Exposition Services Holding Company LLC (hereinafter, together, "Plaintiffs")[1] have moved for an order ruling that defendants Nexxt Show, LLC ("Nexxt") and John Szymczak are in contempt of the parties' Stipulated Injunction, which this Court endorsed and entered on June 2, 2011 ("Stipulated Injunction") (Docket No. 87). In order to prevent further violations of the Stipulated Injunction, and in order to make Plaintiffs whole

---

[1] Effective January 1, 2012, Champion merged (the "Merger") into Freeman Decorating Services, Inc. ("Freeman"). Under the terms of the merger, Freeman succeeded to Champion's interests. See Affidavit of Dawnn Repp ("Repp Aff."), ¶ 2. Accordingly, Freeman is now a party-in-interest in this case. For ease of reference, the term "Plaintiffs" will include Freeman, and "Freeman" will be used only when it is necessary to refer to the entity that resulted from the Merger.

for the violations of the Stipulated Injunction that incontrovertible evidence proves have already occurred, Plaintiffs respectfully request that the Court:

(i) rule that Nexxt and Szymczak ("Contempt Defendants") are in contempt of the Stipulated Injunction;

(ii) order that Nexxt and Szymczak, pursuant to the terms of the Stipulated Injunction, must pay the agreed stipulated damages amount of $250,000 for each violation of the Stipulated Injunction;

(iii) order that Plaintiffs may conduct limited, expedited discovery to determine the full extent of the violations of Stipulated Injunction;

(iv) order that Nexxt must immediately produce to Plaintiffs a list of each and every recipient of the November Solicitation (as defined in the accompanying memorandum of law);

(v) order that Nexxt pay Plaintiffs' attorneys' fees and costs associated with their breaches of the Stipulated Injunction, including but not limited to those related to this motion; and

(vi) order such other relief as the Court deems just.

Respectfully Submitted,

CHAMPION EXPOSITION SERVICES LLC,
WCP EXPOSITION SERVICES OPERATING
COMPANY LLC, and WCP EXPOSITION
SERVICES HOLDING COMPANY LLC,

By their attorneys,

/s/ Brian M. Childs
Erik J. Winton, BBO No. 600743
wintone@jacksonlewis.com
Brian M. Childs, BBO No. 662594
brian.childs@jacksonlewis.com
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: February 6, 2012

## L.R. 7.1 CERTIFICATION

I hereby certify that as counsel for Plaintiffs I conferred with counsel for Defendants and attempted in good faith to resolve the issues raised in this motion.

/s/ Erik J. Winton
Jackson Lewis LLP

## REQUEST FOR HEARING

Plaintiffs request a hearing in connection with this motion.

## CERTIFICATE OF SERVICE

This hereby certifies that on this sixth day of February, 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to any indicated as non-registered participants. Additionally, Plaintiffs will serve by e-mail and first-class mail Defendants' successor counsel Jay Pabian, Pabian & Russell, LLC, 265 Franklin Street, Boston MA 02110-3113.

/s/ Brian M. Childs
Jackson Lewis LLP

4845-5062-0686, v. 2