UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION EXPOSITION SERVICES LLC; WCP EXPOSITION SERVICES OPERATING COMPANY LLC, and WCP EXPOSITION SERVICES HOLDING COMPANY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NEXXT SHOW, LLC; MARK EPSTEIN; MATTHEW EPSTEIN; JOHN SZYMCZAK; SUSAN DOS REIS; SHERI RYDER; ANITA BOTA; MICHAEL HALL; VICKY BASSETT; and NICOLE PREFONTAINE,<br><br>Defendants. | Civil Action No. 10-CV-12228-WGY |

**STIPULATION OF DISMISSAL AND
WITHDRAWAL OF MOTION FOR CONTEMPT, WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Champion Exposition Services LLC, WCP Exposition Services Operating Company LLC, and WCP Exposition Services Holding Company LLC ("Plaintiffs"), and Nexxt Show, LLC, Mark Epstein, Matthew Epstein, and John Szymczak ("Defendants") hereby stipulate to the dismissal and withdrawal of their motion for contempt, filed February 6, 2012, with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Champion Exposition Services LLC; WCP Exposition Services Operating Company LLC; and WCP Exposition Services Holding Company LLC, | Nexxt Show, LLC, Mark Epstein, Matthew Epstein, John Szymczak, Michael Hall, Anita Bota, Sheri Ryder, Nicole Prefontaine, Susan Dos Reis, and Vicky Bassett, |
| By their attorneys, | By their attorneys, |
| /s/ Erik J. Winton<br>Erik J. Winton, BBO No. 600743<br>wintone@jacksonlewis.com<br>Brian M. Childs, BBO No. 662594<br>brian.childs@jacksonlewis.com<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 | /s/ Lawrence Green<br>Lawrence Green, BBO No. 209060<br>lgreen@burnslev.com<br>Alexandra Capachietti, BBO No. 666765<br>acapachietti@burnslev.com<br>BURNS & LEVINSON<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000 |

Dated:  May 8, 2012